IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MATTHEW DWANE BYRD, SR.**
**ADC # 148834**                                                                 **PLAINTIFF**

v.                                  No. 3:12-cv-226-DPM

**CRITTENDEN COUNTY JAIL** *et al.*                          **DEFENDANTS**

## JUDGMENT

Byrd's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 November 2012